IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LAVERN PENISKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to continue disposition hearing (Filing No. 57). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the disposition hearing on the petition for warrant or summons for offender under supervision (Filing No. 34) is rescheduled for:

**Tuesday, September 26, 2013, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 19th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court