IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LAVERN PENISKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 68). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The disposition hearing on the petition for warrant or summons for offender under supervision (Filing No. 34) is rescheduled for:

**Thursday, April 10, 2014, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

2) On or before April 4, 2014, defendant's counsel shall file with the Court and serve on opposing counsel a status

report as to the appeal that defendant has pending before the Iowa Supreme Court.

DATED this 10th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court