IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )      4:02CR3145
                             )
      v.                     )
                             )
JAMES LAVERN PENISKA,        )          ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 70) and an amended motion (Filing No. 71). The Court notes plaintiff has no objections, and the motions will be granted. Accordingly,

IT IS ORDERED: that defendant's motions are granted; the disposition hearing on the petition for warrant or summons for offender under supervision (Filing No. 34) is rescheduled for:

**Thursday, June 12, 2014, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 3rd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court