IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LAVERN PENISKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter was before the Court for hearing on March 5, 2015, on the petition for warrant or summons for offender under supervision (Filing No. 34).  Defendant was present and represented by Casey J. Quinn.  Plaintiff was represented by Special Assistant United States Attorney Douglas J. Amen.

    Defendant admitted Allegation No. 1 of the petition.  The Court found defendant to be in violation of the terms of his supervised release.  The government moved to dismiss Allegation Nos. 2 and 3.

      The Court notes defendant has been sentenced to a term of imprisonment of 25 years for a conviction in Pottawattamie County, Iowa, for possession of methamphetamine with intent to distribute.  Accordingly,

    IT IS ORDERED:

    1) The defendant's supervised release is hereby revoked, and the defendant is sentenced to time served.

2) No further term of supervised release is imposed, and any obligation he owes with respect to this case is concluded.

3) Allegation Nos. 2 and 3 are dismissed.

DATED this 6th day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court